# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0165. JONATHAN PITTMAN v. THE STATE**.

Jonathan Pittman was convicted of aggravated assault, attempted armed robbery, and possession of a firearm by a convicted felon. Pittman filed a motion to modify sentence, which the trial court dismissed as untimely on September 23, 2024. Pittman then filed this application on November 25, 2024. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Pittman's application was untimely filed 63 days after entry of the order he seeks to appeal.

Accordingly, Pittman's application for discretionary appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/23/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*